UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KURT R. SCHUCHMAN, | NO. CV-10-3072-JPH |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

**BEFORE THE COURT** is the Report and Recommendation, ECF No. 22, to **grant** the parties' stipulated motion for remand, ECF No. 21, and **reverse** and **remand for further administrative proceedings.** The parties stipulated to remand, ECF No. 21. No objections have been filed.

After reviewing the Report and Recommendation and the file, the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS ORDERED:**

The recommendation, **ECF No. 22,** to grant parties' stipulated motion for remand is **ADOPTED in its entirety.**

**IT IS FURTHER ORDERED** that the case is **REVERSED** and **REMANDED** for further administrative proceedings. Any other pending motions are hereby **DENIED AS MOOT.**

/ /

/ /

/ /

-1-

1  **IT IS SO ORDERED.** The District Court Executive is directed to
2  enter this Order, enter judgment for Plaintiff, forward copies to
3  the parties and Magistrate Judge Hutton, and **close** the file.
4      DATED this 19th day of December, 2011.
5
6                              *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
7                        Chief United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28