AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

KURT R. SCHUCHMAN,

       Plaintiff,

       v.                          **JUDGMENT IN A CIVIL CASE**

MICHAEL J. ASTRUE,

                                        CASE NUMBER: CV-10-3072-JPH

       Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment is for Plaintiff.  The recommendation, ECF No. 22, to grant parties' stipulated motion for remand is ADOPTED in its entirety.  The case is REVERSED AND REMANDED for further administrative proceedings.

Decmeber 19, 2011                                                      JAMES R. LARSEN
*Date*                                                                   *Clerk*

                                                                          s/ Cheryl Switzer
                                                                          *(By) Deputy Clerk*

                                                                          Cheryl Switzer