```
                     UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF WASHINGTON
```

KURT R. SCHUCHMAN,                )    NO. CV-10-3072-JPH
                                  )
                                  )
            Plaintiff,            )    **ORDER ADOPTING REPORT**
                                  )    **AND RECOMMENDATION**
      vs.                         )
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social            )
Security,                         )
                                  )
                                  )
            Defendant.            )
                                  )

**BEFORE THE COURT** is the report, ECF No. 31, recommending the court **grant** Plaintiff's motion for fees pursuant to the EAJA, ECF No. 25. No objections have been filed.

After reviewing the report and the file, the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS ORDERED:**

The recommendation, **ECF No. 31,** to grant Plaintiff's motion for fees pursuant to the EAJA is **ADOPTED in its entirety**, and Plaintiff's motion for fees, **ECF No. 25**, is **GRANTED**.  The report and recommendation at ECF No. 30, shall be **terminated** in light of the docketing error that resulted in a PDF file not attaching to that docket entry.

/ / /

/ / /

/ / /

/ / /

-1-

1  **IT IS SO ORDERED.** The District Court Executive is directed to
2  enter this Order, enter judgment for Plaintiff, forward copies to
3  the parties and Magistrate Judge Hutton, and **close** the file.
4     DATED this 4th day of May, 2012.

                                    *s/ Rosanna Malouf Peterson*
                                 CHIEF JUDGE ROSANNA MALOUF PETERSON
                                      United States District Court